

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00107-CR

**JOHN TREMAINE JONES,**

**Appellant**

 v.

**THE STATE OF TEXAS,**

**Appellee**

_____

### From the 66th District Court
### Hill County, Texas
### Trial Court No. 39,241

## O R D E R

The reporter's record in this appeal was filed on July 19, 2017. State's Exhibit 2, the in-car video, was not included in the reporter's record.

Accordingly, the reporter is ordered to obtain State's Exhibit 2 from the trial court clerk, prepare a copy of the exhibit, and file the copy of the exhibit with this Court as a supplemental reporter's record within 14 days from the date of this Order. *See* TEX. R. APP. P. 34.6(d); (g)(1). If for any reason the exhibit cannot be copied, the reporter is ordered to contact the Clerk of this Court within 7 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed April 4, 2018

